No. 21-3185

---

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

EMMANUEL MERVILUS
Plaintiff-Appellant,

v.

UNION COUNTY, DANIEL VANISKA, AND JOHN KAMINSKAS
Defendant-Appellees.

---

On Appeal From The United States District Court
For The District of New Jersey
Case No. 2:14-CV-7470-ES-MAH
Honorable Esther Salas, District Judge

---

**SUGGESTION OF DEATH FOR APPELLEE JOHN KAMINSKAS**

---

Michael Simitz, Esq., attorney for Appellee John Kaminskas, suggests upon the record, pursuant to Rule 25(a)(1), the death of Appellee John Kaminskas on October 8, 2022, during the pendency of this action.


Dated: 10/14/2022

*/S/ MICHAEL SIMITZ*
MICHAEL S. SIMITZ, ESQ.
Attorney for Appellee
John Kaminskas